IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KENNETH G. WILLIAMS,　　　　　　　　　　　　　　　　CV. 05-1533-JO

　　　　　Plaintiff,　　　　　　　　　　　　　　　　　ORDER

　　v.

DR. STEVE SHELTON, DR. JOHN DOE
#1, DR. JOHN DOE #2, GUY HALL,
BRIDGETT WHELAN, DR. GREG
LYTLE, CHRISTOPHER GUNDERSON,
TRCI THERAPEUTIC LEVEL OF CARE
COMMITTEE, INLAND CARDIOLOGY,
and DR. MADAR ABED,

　　　　　Defendants.

JONES, District Judge.

　　　　Plaintiff filed what the court construes as a Motion for Reconsideration requesting reconsideration of the court's earlier Order (#11), and a Motion for Preliminary Injunction (#8) requesting an order directing defendants: (1) to cease interference with plaintiff's physical and mental health; and (2) to transfer plaintiff to another facility in the Salem or Portland

1 - ORDER

area so that he may receive proper medical care from unbiased medical professionals.

Plaintiff's Motions are DENIED on the basis that he failed to serve them on defendants as is required by the federal rules. Fed.R.Civ.P.5(a)("Except as otherwise provided in these rules. . . every written motion . . . shall be served upon each of the parties."); Fed.R.Civ.P.65(a)(1)("No preliminary injunction shall be issued without notice to the adverse party.")

Plaintiff is advised that pursuant to Fed.R.Civ.P.5(a) all future motions must be served on defendants or counsel for defendants (in the event that defendant(s) are represented) before the court will consider such motions.

## CONCLUSION

IT IS SO ORDERED that plaintiff's undocketed Motion for Reconsideration and Motion for Preliminary Injunction (#8) are DENIED.

IT IS SO ORDERED.

DATED this  3rd   day of April, 2006.

>        /s/ Robert E. Jones
>          Robert E. Jones
>          United States Magistrate Judge

2 - ORDER