**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

**Civil Case No.:** 05-1533-JO  **Date of Proceeding:** 9/28/07

**Case Title:** Williams v. State of Oregon Department of Corrections, et al.

**Presiding Judge:** Robert E. Jones   **Courtroom Deputy:** Cindy Schultz, telephone 503-326-8340

**Reporter:** None   **Tape No:**

**DOCKET ENTRY:**

RECORD OF ORDER:

The Motion to Dismiss (#41), filed by Inland Cardiology and Dr. Adir Nadar is denied as moot. It was superseded by the Amended Motion to Dismiss (#44), which was resolved by Order (#67) dated 4/13/07.

**PLAINTIFF'S COUNSEL**    **DEFENDANT'S COUNSEL**

cc:   { } All counsel

**DOCUMENT NO:**
**CIVIL MINUTES**

**Civil Minutes**    **Honorable Robert E. Jones**
**Revised 4/23/91**